IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO WILLIAMS,

    Plaintiff,                               No. CIV S-10-3088 GGH P

    vs.

GARY SWARTHOUT, et al.,

    Defendants.              ORDER

_____/

        On December 7, 2010, plaintiff filed his consented to the jurisdiction of the undersigned (docket #4). By order filed December 15, 2010, the court granted plaintiff twenty-eight days to file an amended complaint. In the December 15th order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the December 15th, order, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: February 16, 2011

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:035
will3088.fta

1